IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00397-BNB

JAHEEM R. HILTS,

      Plaintiff,

v.

MENTAL HEALTH PARTNERS, and
SHARON PAULEY,

      Defendants.

_____

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

_____

Plaintiff has filed *pro se* on the proper forms an amended complaint (ECF No. 7)

and a signed Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915

(ECF No. 10).  Plaintiff will be granted leave to proceed *in forma pauperis* pursuant to

28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 (ECF No. 10) is GRANTED.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), the motion (ECF No. 5) requesting

court forms, and the unsigned Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 (ECF No. 8) are DENIED as moot.  It is

FURTHER ORDERED that the court review the amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  It is

FURTHER ORDERED that process shall not issue at this time.

DATED April 9, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge